IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE FIGUEROA,<br>　　　　Petitioner,<br>　v.<br>MIKE WENEROWICZ ET AL.,<br>　　　　Respondents. | CIVIL ACTION<br><br>NO. 11-1292 |

### ORDER

**AND NOW**, this \_\_\_\_ of July, 2011, upon careful and independent consideration of the Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (Doc. 12), and Petitioner's Objection (Doc. 13), **IT IS HEREBY ORDERED** and **DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for Writ of *Habeas Corpus* is **STAYED** until thirty (30) days after completion of state court appellate proceedings;

3. No certificate of appealability is granted.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**