IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSUE FIGUEROA,<br><br>           Petitioner,<br>v.<br><br>MIKE WENEROWICZ et al,<br><br>           Respondents. | CIVIL ACTION<br><br>NO. 11-1292 |

### ORDER

**AND NOW**, this ___ day of January, 2013, upon independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. Petitioner's Petition for a Writ of Habeas Corpus is **DENIED**;

3. Petitioner's Petition for Appointment of Counsel (Doc. 20) is **DENIED**;

4. Petitioner's Motion to Expand the Record with Transcripts of Jury Selection (Doc. 17) is **DENIED**; and

5. There is no probable cause to issue a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**